MORGAN B. MORE, Respondent, *v.* THE CONTINENTAL INSURANCE COMPANY, Appellant.

*More* v. *Continental Ins. Co.*, 169 App. Div. 914, affirmed.
(Argued December 4, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 9, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a valued policy of insurance covering the loss of an automobile by theft. The complaint alleged the issuing of the policy indemnifying against theft and valuing the car at $1,200; that the automobile was lost by theft on the 10th day of September, 1913; that the plaintiff protected the automobile by searching for the same and by notifying the police; that the plaintiff performed the stipulations and conditions of the policy excepting that no notice in writing was given and no signed and sworn statement of loss was given, and that on the 15th day of September, 1913, the defendant waived the conditions of the policy and accepted verbal notice of the total loss as sufficient. The answer denied the due performance and the allegation as to the waiver, and that the plaintiff protected the property, and alleged that after the claim of loss the property was recovered and placed at the disposal of the plaintiff, and an attempt

was made to adjust the loss as a partial loss by appraisers, which was refused, and that there was failure to serve the verified statement commonly called proofs of loss.

*Vernon Cole* for appellant.

*Godfrey M. Frohe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.